**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ALBRECHT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOMEADVISOR, INC. d/b/a HOMEADVISOR.COM, INC.,<br><br>Defendant. | **Case No.:** 8:19-cv-00809-JLS-KES<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>**Scheduling Conference:** October 25, 2019 at 10:30 a.m. |

**TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the action has settled on an individual basis. Therefore, Plaintiff Peter Albrecht respectfully requests that all pending deadlines be vacated and that the Court afford the parties until November 22, 2019 to file a joint motion to dismiss.

Dated: October 11, 2019

Respectfully Submitted,
**KAZEROUNI LAW GROUP, APC**

By:  /s/ *Jason A. Ibey*
JASON A. IBEY, ESQ.
jason@kazlg.com

*Attorney for Plaintiff*