JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ALBRECHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEADVISOR, INC. d/b/a HOMEADVISOR.COM, INC.,<br><br>Defendant. | Case No. 8:19-cv-00809-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS** |

Based on the Parties' joint stipulation to dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court orders as follows:

1. The above-captioned action is dismissed in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members;

///

///

///

///

2. Notice of dismissal is not required to members of the putative class;

3. The Parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: December 27, 2019

_____
Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE